

# Fourth Court of Appeals
## San Antonio, Texas

June 17, 2015

No. 04-14-00343-CV

**EXLP LEASING LLC** and EES Leasing LLC,
Appellants

v.

**WEBB COUNTY APPRAISAL DISTRICT** and United Independent School District,
Appellees

From the 406th Judicial District Court, Webb County, Texas
Trial Court No. 2013-CV-8000073-D4
Honorable Oscar J. Hale, Jr., Judge Presiding

# O R D E R

Sitting:      Karen Angelini, Justice
               Marialyn Barnard, Justice
               Rebeca C. Martinez, Justice

The panel has considered the Appellee's Motion for Rehearing, and the motion is DENIED.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 17th day of June, 2015.

_____
Keith E. Hottle
Clerk of Court